LoFaro & Reiser, L.L.P.
20 Court Street
Hackensack, New Jersey 07601
(201) 498-0400
Superseding Attorneys for Plaintiffs

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>RANDALL S.D. JACOBS and<br>JILL W. JACOBS,<br><br>Debtors, | CHAPTER 13<br><br>Case No.: 10-46222-RG |
| RANDALL S.D. JACOBS and<br>JILL W. JACOBS,<br><br>Plaintiffs,<br><br>Vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>Defendant. | Adv. Pro. No.: 16-01528-RG<br><br><br>SUBSTITUTION OF ATTORNEY |

The undersigned hereby consent to the substitution of LoFaro & Reiser, L.L.P. as superseding attorneys for Plaintiffs, in place of Levitt & Slafkes, P.C., withdrawing attorneys for Plaintiffs.

| LoFaro & Reiser, L.L.P. | Levitt & Slafkes, P.C. |
|---|---|
| Superseding Attorneys for Plaintiffs | Withdrawing Attorneys for Plaintiffs |
| By: _____<br>Glenn R. Reiser | _____<br>Bruce H. Levitt |
| Dated: June 27, 2018 | Dated: June 27, 2018 |