| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| In Re:<br><br>Randall S.D. Jacobs and Jill W. Jacobs,<br><br>        Debtor. |
| Randall S.D. Jacobs and Jill W. Jacobs,<br><br>        Plaintiffs,<br>v.<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper,<br><br>        Defendant. |

Case No.:        10-46222-RG

Adv. Pro. No.:   16-01528-RG

Chapter:         13

Judge:           Hon. Jerrold N. Poslusny, Jr.

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that SANDELANDS EYET LLP will be substituted as attorney of record for Nationstar Mortgage LLC d/b/a/ Mr. Cooper, defendant in the adversary proceeding in this case[1].

Date: 8/19/19

_Stern Lavinthal & Frankenberg LLC_
_____
Signature of Former Attorney  _Lewis Cozzins, Sq._

Date: 8/19/19

_Kathleen Cav_
_____
Signature of Substituted Attorney[2]
Kathleen Cavanaugh, Esq.
Sandelands Eyet LLP
1545 US Hwy 206, Ste 304
Bedminster, NJ 07921
908-470-1200
Kcavanaugh@se-llp.com

Rev. 8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw as appearance except by Motion.