BOYER COFFY, LLC
(Leonard Boyer)
970 Clifton Avenue, Suite 201
Clifton, New Jersey 07013
(973) 798-6131
Superseding Attorneys for Plaintiffs

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>RANDALL S. D. JACOBS and<br>JILL W. JACOBS,<br><br>Debtors, | CHAPTER 13<br><br>Case No.: 10-46222-RG |
| RANDALL S. D. JACOBS and<br>JILL W. JACOBS,<br><br>Plaintiffs,<br><br>Vs.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER, and SERVICE ONE, INC. d/b/a BSI FINANCIAL SERVICES, as servicing agent for US Bank Trust, NA, as Trustee of the Cabana Series III Trust,<br><br>Defendants. | Adv. Pro. No.: 16-01528-RG<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of Boyle & Coffy, LLC as superseding attorneys for Plaintiffs, Randall Jacobs and Jill Jacobs, in place of LoFaro & Reiser, L.L.P., withdrawing attorneys for Plaintiffs, in the above entitled adversary proceeding.

LOFARO & REISER, L.L.P.
Withdrawing Attorneys for Plaintiffs

By: /s/ Glenn R. Reiser
      Glenn R. Reiser

Dated: January 13, 2020

BOYER COFFY, LLC
Superseding Attorneys for Plaintiffs

By: /s/ Leonard Boyer
      Leonard Boyer

Dated: January 13, 2020