UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GUTFLEISH LAW, LLC
Harry M. Gutfleish, Esq.
Three University Plaza, Suite 410
Hackensack, NJ 07601
(201) 241-2032
harry@gufleishlaw.com

In Re:

RANDALL JACOBS and JILL JACOBS

Case No.: 10-46222
Adv. Pro. No.: 16-1528
Chapter: 13
Judge: RG

## SUPPLEMENTAL MEDIATION REPORT

By order of this court dated November 8, 2016 and the parties' agreement in October, 2019, this matter was referred to mediation for a second time.

1. A settlement of this matter:

    ☐ was reached    ☒ was not reached

2. [*If a settlement was reached:*] The party designated to file the settlement document(s) is: _____ [*identify party by name*]. The settlement document(s) will be filed on or before _____ [*date*].

3. Resolution of Adversary Proceeding:

    ☐ All outstanding issues have been resolved and the case may be closed in the normal course.

    ☐ There are issues that have not been resolved and the case shall remain open.

    ☐ The matter addressed by mediation does not apply to an adversary proceeding.

Dated: July 28, 2020                */s/ Harry M. Gutfleish*
                                    Mediator's Signature

*rev.8/1/16*