Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Randall S D Jacobs and Jill W Jacobs
Debtor

Case No.: 10−46222−RG
Chapter 13

Randall S D Jacobs
Plaintiff

v.

NATIONSTAR MORTGAGE, LLC
Defendant

Adv. Proc. No. 16−01528−RG                     Judge: Rosemary Gambardella

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

　　Please be advised that on January 24, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 94 − 1, 54
Scheduling Order (related document:1 Adversary case 16−01528. Complaint by Randall S D Jacobs, Jill W Jacobs against NATIONSTAR MORTGAGE, LLC. Fee Amount $ 350. (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy) (Attachments: # 1 Summons) filed by Plaintiff Randall S D Jacobs, Plaintiff Jill W Jacobs, 54 Motion to Dismiss Adversary Proceeding Filed by NATIONSTAR MORTGAGE, LLC.). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/24/2022. (car)

　　Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 24, 2022
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

Jacobs,
    Plaintiff

NATIONSTAR MORTGAGE, LLC,
    Defendant

Adv. Proc. No. 16-01528-RG

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Jan 24, 2022      Form ID: orderntc      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | BSI Financial Services, Stern, Lavinthal & Frankenberg, LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| md | + | Harry Gutfleish, Three University Plaza, Suite 410, Hackensack, NJ 07601-6222 |
| pla | + | Jill W Jacobs, 5 Hampton Court, Caldwell, NJ 07006-4701 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: rsdjacobs@chapter11esq.com | Jan 24 2022 20:30:00 | Randall S D Jacobs, 5 Hampton Court, Caldwell, NJ 07006-4701 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

**Name      Email Address**

Adam Jason Friedman
     on behalf of Defendant BSI Financial Services bankruptcy@friedmanvartolo.com

Charles H. Jeanfreau
     on behalf of Defendant NATIONSTAR MORTGAGE  LLC charles.jeanfreau@mccalla.com, BNCmail@w-legal.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 24, 2022 | Form ID: orderntc | Total Noticed: 4 |

Harry M. Gutfleish
    on behalf of Mediator Harry Gutfleish hgutfleish@goldmandavis.com

Jeanette F. Frankenberg
    on behalf of Defendant BSI Financial Services cmecf@sternlav.com

Jeanette F. Frankenberg
    on behalf of Creditor BSI Financial Services cmecf@sternlav.com

John P. Fazzio
    on behalf of Plaintiff Randall S D Jacobs jfazzio@fazziolaw.com

John P. Fazzio
    on behalf of Plaintiff Jill W Jacobs jfazzio@fazziolaw.com

Jonathan C. Schwalb
    on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com

Maria Cozzini
    on behalf of Defendant BSI Financial Services mcozzini@sternlav.com

Maria Cozzini
    on behalf of Creditor BSI Financial Services mcozzini@sternlav.com

TOTAL: 10