| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In Re:<br><br>Randall S.D. Jacobs and Jill W. Jacobs,<br><br>Debtors. | **Order Filed on January 24, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Randall S.D. Jacobs and Jill W. Jacobs,<br>Plaintiffs,<br>v.<br>Nationstar Mortgage LLC d/b/a Mr. Cooper,<br>Defendant. | Adv. Pro. No.: 16-01528-RG<br>Case No.: 10-46222-RG<br>Chapter: 13<br>Hearing Date: January 23, 2025<br>Judge: Rosemary Gambardella |

# CONSENT ORDER

The relief set forth on the following page is ORDERED.

**DATED: January 24 2025**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

It having been determined that the parties mutually agree and consent that they need additional time for further preparation and potential settlement,

it is **ORDERED**, on this _____ day of January 2025, that

1. The trial date shall be adjourned to July 17, 2025 to allow for further discovery and that all other previously scheduled dates will carry accordingly.